## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES DAVID MCCUTCHEON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. CIV-12-125-FHS ) |
| WILLIAM ORAN CECIL, DURANT FLEA MARKET, L.L.C., an Oklahoma Limited Liability Company; and OBC, Inc., an Oklahoma Corporation, | ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

On March 20, 2012, this action was removed from the District Court of Bryan County, Oklahoma, pursuant to 28 U.S.C. § 1332 on the basis of diversity jurisdiction. Following removal, Plaintiff filed an Amended Complaint on September 24, 2012, adding non-diverse Defendants, Durant Flea Market, L.L.C. and OBC, Inc. With the addition of these non-diverse defendants, this Court no longer has subject matter jurisdiction over Plaintiff's claims on the basis of diversity jurisdiction. The Amended Complaint also does not set forth any other basis for this Court's exercise of subject matter jurisdiction in this matter. Consequently, this Court lacks subject matter jurisdiction and this action is ordered remanded to the District Court of Bryan County, Oklahoma. See 28 U.S.C. § 1447(e).

It is so ordered this 4th day of October, 2012.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma